IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESHIA WARD, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>ACCUSOURCE HR, INC.,<br><br>   Defendant. | Civil Action No. 3:23-cv-01176-OAW<br><br>**JOINT NOTICE OF CASE RESOLUTION** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Reshia Ward ("Plaintiff"), and Defendant, AccuSourceHR, Inc. ("AccuSourceHR") (collectively referred to as the "Parties"), have agreed in principle to resolve the claims asserted by Plaintiff against AccuSourceHR in this matter. The Parties anticipate finalizing the necessary papers within the next forty-five (45) days and submitting to the Court a stipulation of dismissal. In the interim, the Parties respectfully request that the Court vacate all pending hearings and deadlines in this matter.

DATED:  December 28, 2023	Respectfully submitted,

                                                SEYFARTH SHAW LLP

By: */s/ John W. Drury*
    John W. Drury, *Admitted Pro Hac Vice*
    jdrury@seyfarth.com
    SEYFARTH SHAW LLP
    233 South Wacker Drive, Suite 8000
    Chicago, Illinois 60606
    Telephone: (312) 460-5000
    Facsimile: (312) 460-7000
    Courtney S. Stieber
    cstieber@seyfarth.com
    SEYFARTH SHAW LLP
    620 Eighth Avenue
    32nd Floor
    New York, New York 10018
    Telephone: (212) 218-5500
    Facsimile: (212) 218-5526
    Michael A. Merar
    mamerar@seyfarth.com
    SEYFARTH SHAW LLP
    700 Milam Street, Suite 1400
    Houston, Texas 77002
    Telephone: (713) 225-2300
    Facsimile: (713) 225-2340

    *Counsel for Defendant*
    *AccuSourceHR, Inc.*

Respectfully submitted,

MARCUS & ZELMAN, LLC

By: */s/ Joseph Kanee*
    Joseph Kanee, *Admitted Pro Hac Vice*
    joseph@marcuszelman.com
    MARCUS & ZELMAN, LLC
    4000 Ponce de Leon, Suite 470
    Coral Gables, Florida 33137
    (786) 369-1122 telephone
    (732) 298-6256 facsimile

    *Attorneys for Plaintiff*
    *Reshia Ward*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2023, I presented the foregoing JOINT NOTICE OF CASE RESOLUTION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/ John W. Drury*
                                              John W. Drury
                                              *Counsel for Defendant*
                                              *AccuSourceHR, Inc.*