## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESHIA WARD, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ACCUSOURCE HR, INC.,<br><br>　　　　　Defendant. | Civil Action No. 3:23-cv-01176-OAW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff Reshia Ward and Defendant AccuSource HR, Inc. ("The Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against Defendant in the above-captioned matter, with prejudice. The parties shall bear their own attorneys' fees and costs incurred in this action.

DATED:  February 2, 2024                     Respectfully submitted,

                                                           SEYFARTH SHAW LLP

By: */s/ John W. Drury*
    John W. Drury, *Admitted Pro Hac Vice*
    jdrury@seyfarth.com
    SEYFARTH SHAW LLP
    233 South Wacker Drive, Suite 8000
    Chicago, Illinois 60606
    Telephone: (312) 460-5000
    Facsimile: (312) 460-7000

    Courtney S. Stieber
    cstieber@seyfarth.com
    SEYFARTH SHAW LLP
    620 Eighth Avenue
    32nd Floor
    New York, New York 10018
    Telephone: (212) 218-5500
    Facsimile: (212) 218-5526

    Michael A. Merar
    mamerar@seyfarth.com
    SEYFARTH SHAW LLP
    700 Milam Street, Suite 1400
    Houston, Texas 77002
    Telephone: (713) 225-2300
    Facsimile: (713) 225-2340

    *Counsel for Defendant*
    *AccuSourceHR, Inc.*

Respectfully submitted,

MARCUS & ZELMAN, LLC

By: */s/ Joseph Kanee*
    Joseph Kanee, *Admitted Pro Hac Vice*
    joseph@marcuszelman.com
    MARCUS & ZELMAN, LLC
    4000 Ponce de Leon, Suite 470
    Coral Gables, Florida 33137
    (786) 369-1122 telephone
    (732) 298-6256 facsimile

*Attorneys for Plaintiff*
*Reshia Ward*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2024, I presented the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Joseph Kanee*
Joseph Kanee
*Counsel for Plaintiff*
*Reshia Ward*
